IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED FEB 2 6 2019 FLORENCE, S.C.

| | |
|---|---|
| UNITED STATES of AMERICA<br><br>v.<br><br>**MICHAEL DEREL BYRD,**<br>aka "MIKE BYRD", aka "BIRDMAN"<br>**DRAPER DEWAYNE FOSTER,**<br>aka "DRAPER MCLEOD"<br><br>███████████<br><br>**FRANK DEWAYNE HAMILTON**<br>**BRENT VAN DYKE MARK,**<br>aka "BIG WOOD"<br>**TRAVIS MCCONICO, JR.,** aka "RABBIT"<br>**CORNELL JUNIOUS MURRAY, II,** aka "CJ"<br>███████████<br><br>**JATRELL LESHANTA STEPHENSON,**<br>aka "LIL WOOD" | Criminal No.: 4:19-198<br><br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 841(b)(1)(D)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(e)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 924(d)(1)<br>21 U.S.C. § 853<br>21 U.S.C. § 881<br>28 U.S.C. § 2461(c)<br><br>**SEALED INDICTMENT** |

### COUNT 1

*Drug Distribution Conspiracy*

**THE GRAND JURY CHARGES:**

Beginning at a time unknown to the grand jury, but beginning at least in or around January 2000, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants **MICHAEL DEREL BYRD, aka "MIKE BYRD", aka "BIRDMAN"; DRAPER DEWAYNE FOSTER, aka "DRAPER MCLEOD";** ███████████ **FRANK DEWAYNE HAMILTON; BRENT VAN DYKE MARK, aka "BIG WOOD"; TRAVIS MCCONICO, JR., aka "RABBIT";**

**CORNELL JUNIOUS MURRAY, II, aka "CJ";** ███████████████████; and **JATRELL LESHANTA STEPHENSON, aka "LIL WOOD"** knowingly and intentionally did combine, conspire, agree and have tacit understanding with each other and with others, both known and unknown to the grand jury, to knowingly, intentionally and unlawfully possess with intent to distribute and distribute marijuana, a Schedule I controlled substance, and cocaine and cocaine base (commonly referred to as "crack cocaine"), both Schedule II controlled substances;

With respect to the Defendants listed below, the amount involved in the conspiracy attributable to each as a result of the Defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to the Defendant is:

| DEFENDANT | CONTOLLED SUBSTANCE | PENALTY |
|---|---|---|
| MICHAEL DEREL BYRD, aka "MIKE BYRD", aka "BIRDMAN" | 500 grams or more of cocaine; 280 grams or more of cocaine base; Less than 50 kilograms of marijuana | 21 U.S.C. § 841(b)(1)(B) 21 U.S.C. § 841(b)(1)(A) 21 U.S.C. § 841(b)(1)(D) |
| DRAPER DEWAYNE FOSTER, aka "DRAPER MCLEOD" | 5 kilograms or more of cocaine; 28 grams or more of cocaine base Less than 50 kilograms of marijuana | 21 U.S.C. § 841(b)(1)(A) 21 U.S.C. § 841(b)(1)(B) 21 U.S.C. § 841(b)(1)(D) |
| ███████ | a quantity of cocaine; a quantity of cocaine base; Less than 50 kilograms of marijuana | 21 U.S.C. § 841(b)(1)(C) 21 U.S.C. § 841(b)(1)(C) 21 U.S.C. § 841(b)(1)(D |
| ███████ | 28 grams or more of cocaine base | 21 U.S.C. § 841(b)(1)(B) |
| FRANK DEWAYNE HAMILTON | 28 grams or more of cocaine base | 21 U.S.C. § 841(b)(1)(B) |
| BRENT VAN DYKE MARK, aka "BIG WOOD" | 500 grams or more of cocaine; a quantity of cocaine base | 21 U.S.C. § 841(b)(1)(B) 21 U.S.C. § 841(b)(1)(C) |
| TRAVIS MCCONICO, JR., aka "RABBIT" | a quantity of cocaine | 21 U.S.C. § 841(b)(1)(C) |
| CORNELL JUNIOUS MURRAY, II, aka "CJ" | a quantity of cocaine; 28 grams or more of cocaine base; Less than 50 kilograms of marijuana | 21 U.S.C. § 841(b)(1)(C) 21 U.S.C. § 841(b)(1)(B) 21 U.S.C. § 841(b)(1)(D) |

USCA4 2

|  | a quantity of cocaine;<br>28 grams or more of cocaine base;<br>Less than 50 kilograms of marijuana | 21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 841(b)(1)(D) |
|---|---|---|
| **JATRELL LESHANTA STEPHENSON,**<br>aka "LIL WOOD" | 500 grams or more of cocaine;<br>28 grams or more of cocaine base | 21 U.S.C. § 841(b)(1)(B) |

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

*Possession with Intent to Distribute, and Distribution of, Cocaine Base*

**THE GRAND JURY FURTHER CHARGES:**

That on or about January 20, 2015, in the District of South Carolina, the Defendant, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of cocaine base (commonly known as "crack" cocaine), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3

*Possession with Intent to Distribute, and Distribution of, Cocaine Base*

**THE GRAND JURY FURTHER CHARGES:**

That on or about May 20, 2015, in the District of South Carolina, the Defendant, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of cocaine base (commonly known as "crack" cocaine), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4

### *Felon in Possession of Firearm/Ammunition*

**THE GRAND JURY FURTHER CHARGES:**

That on or about November 24, 2017, in the District of South Carolina, the Defendant, ████████████████████████████████████████ having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce ammunition, that is Winchester 9mm ammunition, all of which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT 5

### *Possession with Intent to Distribute Cocaine Base*

**THE GRAND JURY FURTHER CHARGES:**

That on or about September 28, 2017, in the District of South Carolina, the Defendant, **FRANK DEWAYNE HAMILTON**, knowingly, intentionally and unlawfully did possess with intent to distribute a quantity of cocaine base (commonly known as "crack" cocaine), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 6

### *Possession with Intent to Distribute, and Distribution of, Cocaine*

**THE GRAND JURY FURTHER CHARGES:**

That on or about July 6, 2016, in the District of South Carolina, the Defendant, **TRAVIS MCCONICO, JR., aka "RABBIT"**, knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 7

*Possession with Intent to Distribute, and Distribution of, Cocaine*

**THE GRAND JURY FURTHER CHARGES:**

That on or about September 13, 2017, in the District of South Carolina, the Defendant, **TRAVIS MCCONICO, JR., aka "RABBIT"**, knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 8

*Possession with Intent to Distribute, and Distribution of, Cocaine*

**THE GRAND JURY FURTHER CHARGES:**

That on or about October 12, 2017, in the District of South Carolina, the Defendant, **TRAVIS MCCONICO, JR., aka "RABBIT"**, knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 9

*Possession with Intent to Distribute Cocaine Base*

**THE GRAND JURY FURTHER CHARGES:**

That on or about July 1, 2018, in the District of South Carolina, the Defendants, **CORNELL JUNIOUS MURRAY, II, AKA "CJ"**, and ▮▮▮▮▮▮▮▮▮▮▮▮, knowingly, intentionally and unlawfully did possess with intent to distribute 28 grams or more of cocaine base (commonly known as "crack" cocaine), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 10

*Possession with Intent to Distribute Cocaine*

**THE GRAND JURY FURTHER CHARGES:**

That on or about July 1, 2018, in the District of South Carolina, the Defendants, **CORNELL JUNIOUS MURRAY, II, AKA "CJ"**, and ███████████████, knowingly, intentionally and unlawfully did possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 11

*Possession with Intent to Distribute Cocaine Base*

**THE GRAND JURY FURTHER CHARGES:**

That on or about August 17, 2018, in the District of South Carolina, the Defendant, ███████████████, knowingly, intentionally and unlawfully did possess with intent to distribute 28 grams or more of cocaine base (commonly known as "crack" cocaine), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 12

*Possession with Intent to Distribute Cocaine*

**THE GRAND JURY FURTHER CHARGES:**

That on or about August 17, 2018, in the District of South Carolina, the Defendant, ███████████████ knowingly, intentionally and unlawfully did possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 13

*Possession with Intent to Distribute Heroin*

**THE GRAND JURY FURTHER CHARGES:**

That on or about February 27, 2018, in the District of South Carolina, the Defendant, **JATRELL LESHANTA STEPHENSON, AKA "LIL WOOD"**, knowingly, intentionally and unlawfully did possess with intent to distribute a quantity of heroin, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 14

*Firearm in Furtherance of Drug Trafficking*

THE GRAND JURY FURTHER CHARGES:

That on or about February 27, 2018, in the District of South Carolina, the Defendant, **JATRELL LESHANTA STEPHENSON, AKA "LIL WOOD"**, knowingly did possess a firearm in furtherance of a drug trafficking crime which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

# FORFEITURE

FIREARM/DRUG OFFENSES:

Upon conviction for felony violation of Title 18 and 21, United States Code as charged in this Indictment, the Defendants, **MICHAEL DEREL BYRD, aka "MIKE BYRD", aka "BIRDMAN"; DRAPER DEWAYNE FOSTER, aka "DRAPER MCLEOD";** ███████ ███████████████████████████████ ███████ , ██ ███ ; **FRANK DEWAYNE HAMILTON; BRENT VAN DYKE MARK, aka "BIG WOOD"; TRAVIS MCCONICO, JR., aka "RABBIT"; CORNELL JUNIOUS MURRAY, II, aka "CJ";** ███████████████████████████ ; and **JATRELL LESHANTA STEPHENSON, aka "LIL WOOD",** shall forfeit to the United States all of the Defendants' right, title and interest in and to any property, real and personal,

- (a) constituting, or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

- (b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

- (c) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

    - (1) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

    - (2) involved in or used in any knowing violations of 18 U.S.C. §§ 922 and 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence;

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is

subject to forfeiture upon conviction of the Defendants for offenses charged in this Indictment includes, but is not limited to, the following:

    A.    <u>Forfeiture Judgment</u>:

        A sum of money equal to all property the Defendants obtained as a result of the drug offenses charged in the Indictment, and all interest and proceeds traceable thereto as a result for their violation of 21 U.S.C. §§ 841 and 846.

    B.    <u>Firearms</u>:

        1.    Springfield 9mm, model XD (Serial No. XD919748)
Seized from: Jatrell Leshanta Stephenson

        2.    Springfield .45 cal., model XDS (Serial No. XS576360
Seized from: Jatrell Leshanta Stephenson

        3.    Glock 9mm, model 26 (Serial No. BBGD330)
Seized from: Jatrell Leshanta Stephenson

    C.    <u>Magazines/Ammunition</u>:

        Three (3) magazines and miscellaneous rounds of .45 caliber ammunition and 9mm ammunition
Seized from: Jatrell Leshanta Stephenson

<u>SUBSTITUTION OF ASSETS</u>:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendants:

    (a)    cannot be located upon the exercise of due diligence;
    (b)    has been transferred or sold to, or deposited with, a third person;
    (c)    has been placed beyond the jurisdiction of the Court;
    (d)    has been substantially diminished in value; or
    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the Defendants up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 18, United States Code, 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A _True_ Bill

_____
FOREPERSON

_____
SHERRI A. LYDON    (DAS)
UNITED STATES ATTORNEY