IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 4:19-cr-198-MGL |
|---|---|
| vs. | ) |
| **CORNELL JUNIOUS MURRAY, II** | ) |

## GOVERNMENT'S MOTION TO DETERMINE CONFLICT

The Government requests that the Court schedule a hearing to inquire into the existence or potential for a conflict of interest in the above-entitled case.

Mr. Murray has entered a guilty plea in his case, and has filed objections that may require his counsel to serve as a fact witness in the case. This situation creates a potential conflict for Mr. Johnson, Mr. Murray's counsel. The Government has consulted with Mr. Johnson before filing this motion.

Respectfully submitted,

**SHERRI A. LYDON
UNITED STATES ATTORNEY**

By: /s/ Derek A. Shoemake
    **Derek A. Shoemake**
    Assistant U.S. Attorney
    401 W. Evans Street, Room 222
    Florence, SC 29501
    (843) 665-6688

Florence, S.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.:  4:19-cr-198-MGL |
| | ) | |
| vs. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| **CORNELL JUNIOUS MURRAY, II** | ) | |

    I hereby certify that as attorney of record I have caused an employee of the United States Attorney's Office, to serve on August 20, 2019, a true and correct copy of the attached **GOVERNMENT'S MOTION TO DETERMINE CONFLICT** via the court's e-noticing system, but if that means failed, then by mailing through the United States mail, postage paid, the same on the following person:

                                      Brown Johnson


                                      By: s/ Derek A. Shoemake
                                          Derek A. Shoemake
                                          Assistant United States Attorney

Florence, S.C.