IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
(FLORENCE)

RECEIVED
USDC CLERK FLORENCE, SC
2021 MAR -9 AM 10: 18

UNITED STATES OF AMERICA,

v.   Case No. 4:19-cr-00198-MGL-8

CORNELL JUNIOUS MURRAY II,
_____/

**MOTION FOR EXTENSION OF TIME TO FILE A DIRECT APPEAL/2255**

**COMES NOW**, The Petitioner, Cornell J. Murray, II acting on his own behalf with the assistance of another person, and REQUESTS this Honorable Court to extend his time to file his 14 day of notice of appeal or in the least file for relief pursuant to 28 U.S.C. §2255.

On November 5, 2019, Mr. Murray was sentenced to 121 months of imprisonment. To file a timely appeal Congress place into law a one year time limitation from the Courts lost adjudication, unless unforeseen circumstances warrants a delay.

Shortly after Mr. Murray landed in the custody of the BOP, COVID-19 rocked this nation as well as the Federal prison systems. Based upon the prison lock-downs and social distancing stance that are in play, the defendant asks for a 30 day extension of time to file his initial direct appeal or in the least relief pursuant to 28 U.S.C. §2255.

The defendant has legitimate reasoning for being tardy on his requests to file an appeal, and respectfully requests that the request be granted.

Respectfully submitted this___day of March, 2021.

                                          */s/ Cornell J. Murray, II*
Cornell J. Murray, II
Reg. No. 34206-171
Federal Prison Camp
P.O. Box 52010
Bennettsville, SC 29512